AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

Gary R. Pierce

**JUDGMENT IN A CIVIL CASE**

V.

Dennis Cook

Case Number: CIV-05-513-RAW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is in all respects DISMISSED as frivolous.

10/30/07
Date

WILLIAM B. GUTHRIE
Clerk

s/ A Green
(By) Deputy Clerk